FILED
CLERK, U.S. DISTRICT COURT

JUL 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   JOHN T. PENMAN,              )     NO. CV 07-7596-FMC(E)
                                  )
12            Petitioner,         )
                                  )
13        v.                      )     ORDER ADOPTING FINDINGS,
                                  )
14   LINDA SANDERS, Warden,       )     CONCLUSIONS AND RECOMMENDATIONS
                                  )
15            Respondent.         )     OF UNITED STATES MAGISTRATE JUDGE
                                  )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge.  The Court approves

21   and adopts the Magistrate Judge's Report and Recommendation.

22

23        IT IS ORDERED that Judgment be entered denying and dismissing

24   the Petition without prejudice.

25   ///

26   ///

27   ///

28   ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and the

3  Judgment herein by United States mail on Petitioner and counsel for

4  Respondent.

5

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8    DATED: _July 17_____, 2008.

9

10

11

12               FLORENCE-MARIE COOPER
                 UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
               **UNITED STATES DISTRICT COURT**
9
               **CENTRAL DISTRICT OF CALIFORNIA**
10
11 JOHN T. PENMAN,          )  NO. CV 07-7596-FMC(E)
                       )
12         Petitioner,   )
                       )
13    v.              )  REPORT AND RECOMMENDATION OF
                       )
14 LINDA SANDERS, Warden,   )  UNITED STATES MAGISTRATE JUDGE
                       )
15         Respondent.   )
                       )
16 _____)
17
18     This Report and Recommendation is submitted to the Honorable
19 Florence-Marie Cooper, United States District Judge, pursuant to
20 28 U.S.C. § 636 and General Order 05-07 of the United States District
21 Court for the Central District of California.
22
23                     **PROCEEDINGS**
24
25     Petitioner filed a "Petition for Writ of Habeas Corpus By a
26 Person in Federal Custody" on November 20, 2007.  The Petition
27 challenges the Bureau of Prisons' refusal, in accordance with
28 28 C.F.R. sections 570.20 and 570.21, to consider transferring

1    Petitioner to a "Community Correction[s] Center" ("CCC") prior to

2    Petitioner's service of 90 percent of his sentence and prior to the

3    last six months of Petitioner's sentence.  See "Memorandum in Support

4    of Petition for Writ of Habeas Corpus, etc.," filed November 20, 2007

5    ("Memo"), at pp. 1-2.  Petitioner asserts the regulations are invalid

6    as allegedly inconsistent with 18 U.S.C. section 3621(b) (Memo,

7    pp. 4-6).  Respondent filed an Answer on January 17, 2008.

8    Petitioner filed a Reply on February 5, 2008.

9

10        On May 8, 2008, the Magistrate Judge filed a Report and

11   Recommendation recommending denial and dismissal of the Petition on

12   the merits with prejudice.

13

14        On May 13, 2008, Respondent filed a "Status Report" and "Notice

15   of Errata in Respondent's Status Report," advising the Court for the

16   first time that the Bureau of Prisons (the "Bureau") recently has

17   rescinded 28 C.F.R. sections 570.20 and 570.21 and issued a new

18   policy memorandum which will result in an individualized

19   consideration of Petitioner's request for a transfer to a CCC.  See

20   Status Report, pp. 4-6.

21

22        On May 13, 2008, the Magistrate Judge issued an order that

23   Petitioner show cause, within twenty days, why the Petition should

24   not be denied and dismissed without prejudice as moot.  Petitioner

25   responded with "Petitioner's Opposition, etc.," filed June 16, 2008.

26   ///

27   ///

28   ///

**DISCUSSION**

1
2
3      The Magistrate Judge previously rejected Petitioner's challenge
4  to the legality of sections 570.20 and 570.21, and recommended that
5  the District Judge deny and dismiss the Petition with prejudice.  <u>See</u>
6  Report and Recommendation filed May 8, 2008.  However, in light of
7  the Bureau's recent rescission of the challenged regulations and the
8  Bureau's promulgation of new policies that will result in giving
9  Petitioner individualized consideration for immediate transfer to a
10  CCC, the Petition should be denied and dismissed without prejudice as
11  moot.

12
13      A federal court's jurisdiction is limited to cases or
14  controversies.  U.S. Const. art. III, § 2; <u>see also</u> <u>Iron Arrow Honor</u>
15  <u>Society v. Heckler</u>, 464 U.S. 67, 70 (1983) (discussing same).  "[A]
16  federal court has no authority 'to give opinions upon moot questions
17  or abstract propositions, or to declare principles or rules of law
18  which cannot affect the matter in issue in the case before it.'"
19  <u>Church of Scientology of Cal. v. United States</u>, 506 U.S. 9, 12 (1992)
20  (quoting <u>Mills v. Green</u>, 159 U.S. 651, 653 (1895)).  "If an event
21  occurs that prevents the court from granting effective relief, the
22  claim is moot and must be dismissed."  <u>American Rivers v. National</u>
23  <u>Marine Fisheries Service</u>, 126 F.3d 1118, 1123 (9th Cir. 1997)
24  (citation omitted); <u>see also</u> <u>Church of Scientology of Cal.</u>, 506 U.S.
25  at 12 (noting that a case becomes moot when it is "impossible for the
26  court to grant 'any effectual relief whatever' to a prevailing
27  party," quoting <u>Mills</u>, 159 U.S. at 653).  A court cannot grant any
28  effectual relief where a plaintiff or petitioner has received all of

3

1  the relief sought.  _See_ _Von Staich v. Hamlet_, 2007 WL 3001726 *1 (9th

2  Cir. Oct. 16, 2007) (unpublished);[1] _see_ _Coleman v. California Board of_

3  _Prison Terms_, 228 Fed. App'x. 673 (9th Cir. Apr. 6, 2007)

4  (unpublished) (implementation of desired parole procedure moots

5  controversy regarding whether such procedure previously was withheld

6  illegally); _DeMille v. Belshe_, 1995 WL 23636 (N.D. Cal. Jan. 12,

7  1995) (administrative promulgation of desired procedures moots

8  controversy concerning the alleged legal necessity of such

9  procedures).

10

11      Here, the Bureau's individualized consideration of Petitioner's

12 request for placement in a CCC will give Petitioner all the relief to

13 which he conceivably could be entitled at this time, even if the

14 Court were to disagree with the "Report and Recommendation of United

15 States Magistrate Judge," filed May 8, 2008.  Accordingly, the

16 Petition should be dismissed as moot.[2]  _See_ _id._

17

18      To the extent Petitioner requests that this Court order an

19 immediate transfer of Petitioner to a CCC (as distinguished from the

20 _consideration_ of Petitioner for an immediate transfer), Petitioner's

21 request must be rejected.  The Bureau is solely responsible for

22 designating the place of confinement.  18 U.S.C. § 3621(b); _see also_

23 _____

24      [1]   The Court may cite unpublished Ninth Circuit opinions
   issued on or after January 1, 2007.  _See_ U.S. Ct. App. 9th Cir.
25 Rule 36-3(b); Fed. R. App. P. 32.1(a).

26      [2]   This dismissal should be without prejudice to any
   rights or remedies Petitioner may have under _Bivens v. Six_
27 _Unknown Named Agents of the Federal Bureau of Narcotics_, 403 U.S.
   388 (1971), the Federal Tort Claims Act, or any other federal law
28 potentially authorizing the recovery of damages.

4

1   <u>United States v. Dragna</u>, 746 F.2d 457, 458 (9th Cir. 1984), <u>cert.</u>

2   <u>denied</u>, 469 U.S. 1211 (1985) (district court does not have

3   jurisdiction to decide the location of a defendant's incarceration;

4   that decision rests solely with the executive branch); <u>United States</u>

5   <u>v. Charry Cubillos</u>, 91 F.3d 1342, 1343 n. 1 (9th Cir. 1996) (same).

6   The legal theory of the Petition is that sections 570.20 and 570.21

7   violated statutory law by precluding the individualized consideration

8   of Petitioner's transfer request.   The Magistrate Judge previously

9   rejected this theory.   Even if the Court now were to accept the

10  theory, however, the resulting relief would not be an order for

11  transfer, only an order for the individualized consideration of

12  transfer.   Thus, the Bureau's rescission of the challenged

13  regulations and individualized consideration of transfer, belated or

14  not, moots the Petition.   See <u>Safa v. Phillips</u>, 2008 WL 2275409 (N.D.

15  W.Va. June 2, 2008) (Bureau's individualized consideration of the

16  petitioner's request for transfer to a CCC mooted the petitioner's

17  challenge to section 570.21, even though the Bureau ultimately

18  refused to transfer the petitioner).

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**RECOMMENDATION**

For all the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying and dismissing the Petition without prejudice.

DATED:   June 19, 2008.


_____/s/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE</u>**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number.  No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.