```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                          JUL 17 2008

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. PENMAN, | ) NO. CV 07-7596-FMC(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LINDA SANDERS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _July 17_____, 2008.

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE